AISNE Standards for Accreditation  PreK-9 Schools
(Note Major Standards are in italics)

### Section I. Membership Criteria

The school conforms to requirements for membership:
1. Has a clear statement of mission and philosophy.
2. Consists of three or more consecutive grades in kindergarten through grade 9 or equivalent.
3. Is incorporated as a not-for-profit organization as attested by federal and state records.
4. Is non-discriminatory in all its policies as required by law.
5. Is governed by an appropriately constituted and substantially independent Board of Trustees, in accordance with by-laws of the corporation.
6. Has procedures to ensure that no governing board members have conflicting interests between their duties to the school and their business or professional roles.
7. Has an annual audit of school's financial statements performed by an independent certified public accountant.

### Section II. Self-Study Document

8. *The school has completed a thorough self-study as outlined in the Manual for School Evaluation: Prek-K--9, documented its strengths and weaknesses, and described any plans to implement change.*
9. The preparation of the self-study document was an inclusive process, allowing the school community to participate.

### Section III. Mission and Philosophy

10. *There is a high degree of congruence between the school's stated mission and its actual program, planning and decision making.*
11. The school periodically reviews its mission and philosophy.

1

## Section IV. The School Community

### School Culture
12. The culture of the school is a reflection of the mission and philosophy of the school.
13. The administration and faculty actively promote understanding and acceptance of the school's culture among students and parents.

### Admission/matriculation
14. The school has a clearly articulated admission program whose criteria are consistent with its mission.
15. Admission procedures and criteria are clearly and accurately communicated to prospective candidates and their families.
16. The school communicates in writing, prior to the enrollment of a student, the financial obligations of the parent or guardian.
17. The school has a process in place to meet the needs of new students and their families.

### Communications
18. The school provides information about its programs and procedures to its constituencies.
19. The school has established means for providing information to parents/guardians concerning the progress and growth of their children.
20. The school has established means for families to express their own concerns and interest to the appropriate school personnel.
21. The school has a process for providing information to alumni/ae and past parents.
22. The school works to build a positive relationship with the local community in which it is located.

### Record-Keeping
23. The school maintains complete and accurate records on all present and former students and their families, and these records are secure and available only to authorized individuals.

## Section V. Professional Staff

Composition
24. Faculty, administrators and support staff are sufficient in number to carry out the program of the school and to provide for the needs of the school's constituents.
25. *Faculty, administrators and support staff are well suited to their specific responsibilities by training, background and/or experience.*

Professional Development
26. *All Faculty, administrators and staff participate in a clearly defined program for professional growth.*

Supervision and Evaluation
27. *The school has a clearly defined and implemented program for supervision and evaluation of faculty, administration and support staff performance.*

Decision Making
28. The processes for decision making are articulated and clearly understood.

For schools with Internship/Apprentice Teaching Programs
29. The school's Internship/Apprentice Teaching program is consistent with the school's mission.

## Section VI. Program

Curriculum and Instruction
30. *The school's curriculum is congruent with its stated mission and philosophy and stems from a set of guiding beliefs.*
31. *The faculty and administration have a consistent process by which they regularly review, appraise, and revise the educational program.*
32. The school documents curriculum in each area of learning.
33. The documented curriculum reflects appropriate continuity and sequence across the grades and divisions.
34. The program content and methods are sufficiently varied to accommodate the school's range of student learning styles and interests.

35. The uses assessment of student needs and student progress in planning classroom instruction.
36. The school incorporates diversity in the development of content, pedagogy, and assessment as appropriate to its mission and philosophy.

Program Resources
37. Instructional facilities, which include classroom space and furnishings, are appropriate and conducive to learning at each level.
38. The school provides sufficient instructional materials to support its program.
39. The school uses technology in a way that is congruent to its mission.
40. The school's library and its technological resources are integrated into the curriculum and provide students with appropriate experiences in reading and research.

Student Life
41. *The school provides a safe and healthy environment for living & learning.*
42. The school's annual calendar and daily schedule are planned to provide for the total program of the school.
43. The school has appropriate resources to help faculty identify and meet the needs of the individual student's needs.

Extracurricular, Co-curricular, and Ancillary Programs
44. The school's extracurricular, co-curricular, and ancillary programs are congruent with its mission and philosophy and are appropriately organized, supplied and staffed.

Residential Program
45. The residential program is well defined and implemented to provide a healthy, balanced and enriched experience for students.
46. The integration of all students including boarding and day, international students and those students on financial aid, is thoughtfully planned out and clearly articulated so that they complements the other.

## Section VII. Governance

<u>Organization of the Governing Board</u>
47. The governing body is organized to carry out the mission of the school in accordance with the by-laws of the corporation.
48. *The governing body is responsible for and has adequate procedures for ensuring the oversight of major school policies which ensure the stability of the school.*
49. The governing board has a process to regularly plan for the long range needs of the school.
50. The governing board delegates to the head the task of managing the school and supports the administration in its work.
51  There are effective procedures for channeling the ideas and concerns of the school community into the decision-making process of the governing board.
52. The governing board incorporates diversity and equity in the formulation of school policy as appropriate to its mission and philosophy.

<u>Evaluation</u>
53. The governing body ensures that specific programs exist for:
- Cultivation and recruitment of board members
- The education and orientation of new board members
- The ongoing education of all board members
- Regular board self-evaluation

54. The governing body hires and supports the head and regularly evaluates the head's performance through a mutually agreed upon procedure.
55. The governing board enters into a written agreement with the head that stipulates terms of employment and compensation, and ensures the head's right to address the Board with regard to situations in which the head's position may be at risk.

## Section VIII. Administration

<u>Organization of the School's Administration</u>
56. Administrative personnel are sufficient in number to carry out their assigned responsibilities and organized to carry out the policies of the governing board.

<u>Personnel Policies</u>
57. The school provides the employees with clear written policies and has a process for ensuring that those policies are in accordance with the law.
58. The school has and uses procedures for ensuring that compensation is awarded fairly and equitably.
59. The school maintains accurate, adequate, and secure records for all employees.

<u>Financial Management</u>
60. *The school's policies and procedures for management of its financial resources are adequate and implemented appropriately.*

<u>Development</u>
61. The school has a clear understanding of its long-and short-term development needs and provides adequate resources to meet its development program needs.

<u>Physical Plant</u>
62. The school's physical facilities are adequate to support its program
63. The school has a process for ensuring that its physical facilities are in compliance with all federal, state and local legal and regulatory requirements.

<u>Food Services</u>
64. Dining facilities, staff, and menu, are adequate for the level of services offered.

<u>Health and Safety</u>

65. The school's health care services for students and employees are administered and carried out by personnel whose training and experience are adequate and appropriate.

66. The school has a process to ensure that the health care and safety measures are in compliance with all federal, state, and local regulatory requirements.

67. The school has an established protocol for dealing with emergencies and/or crises.